TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS (SBN 146904)
MOLLIE BENEDICT (SBN 187084)
WILLIAM H. DANCE (SBN 230041)
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409
E-Mail: michael.zellers@tuckerellis.com;
mollie.benedict@tuckerellis.com;
william.dance@tuckerellis.com

Attorneys for Defendants ALZA CORPORATION
and JANSSEN PHARMACEUTICALS, INC.
(formerly known as ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MISTY SHAW, JAMES SHAW, and LUCILLE SHAW,** | Case No. 2:11-CV-00189-JAM-CMK |
| Plaintiffs, | **STIPULATION TO DISMISS DEFENDANTS ALZA CORPORATION AND JANSSEN PHARMACEUTICALS, INC. AND ORDER** |
| vs. | |
| **MYLAN, INC., MYLAN PHARMACEUTICALS, INC., MYLAN TECHNOLOGIES, INC., ALZA CORPORATION, JANSSEN PHARMACEUTICALS; and DOES 1 through 100, inclusive,** | Judge: Honorable John A. Mendez |
| Defendants. | |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared, including all plaintiffs (Misty Shaw, James Shaw, and Lucille Shaw) and all named defendants (ALZA Corporation, Janssen Pharmaceuticals, Inc., Mylan, Inc., Mylan Pharmaceuticals, Inc., and Mylan Technologies, Inc.), stipulate that all claims that were or could

1
STIPULATION TO DISMISS ALZA CORP. &
JANSSEN PHARMACEUTICALS, INC. (CASE NO. 2:11-CV-00189-JAM-CM)
012165 / 004165 / 743761 / 2 /

PDF created with pdfFactory trial version www.pdffactory.com

have been asserted against defendants ALZA Corporation and Janssen Pharmaceuticals, Inc. in this action are hereby dismissed without prejudice, with each party to bear its own costs.

DATED:  December 7, 2011          DREYER BABICH BUCCOLA WOOD, LLP


By:   */s/ Craig Sheffer* as authorized on 12/6/2011
    Craig Sheffer
    Attorneys for Plaintiffs Misty Shaw,
    James Shaw, and Lucille Shaw


DATED:  December 7,  2011          TUCKER ELLIS & WEST LLP


By:   */s/ Mollie F. Benedict*
    Mollie F. Benedict
    Attorneys for Defendants
    ALZA Corporation and
    Janssen Pharmaceuticals, Inc.


DATED:  December 7, 2011          DOWNEY BRAND


By:   */s/ Meghan Baker* as authorized on 11/4/2011
    Meghan Baker
    Attorneys for Defendants
    Mylan, Inc., Mylan Pharmaceuticals, Inc.,
    and Mylan Technologies, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

**[PROPOSED] ORDER**

Pursuant to the stipulation of counsel for all parties, IT IS HEREBY ORDERED that:

1. Defendants ALZA Corporation and Janssen Pharmaceuticals, Inc., formerly known and named in the action as Ortho-McNeil-Janssen Pharmaceuticals, Inc. are dismissed from this action, *Shaw v. Mylan, Inc.*, No. 2-11-CV-00189-JAM-CM, without prejudice; and

2. Each party is to bear its own costs.

IT IS SO ORDERED.

DATED: December 8, 2011

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

.

012165 / 004165 / 743761 / 2 /
PDF created with pdfFactory trial version www.pdffactory.com

# **CERTIFICATE OF SERVICE**

I am employed with the law firm of Tucker Ellis & West LLP, whose address is 515 South Flower Street, 42nd Floor, Los Angeles, California 90071-2223.  I am over the age of eighteen years, and am not a party to the within action.

On December 8, 2011, I served the following: **STIPULATION AND PROPOSED ORDER TO DISMISS ALZA CORP. & JANSSEN PHARMACEUTICALS, INC.** on the interested parties in this action by:

__X__   **ELECTRONICALLY VIA ECF:**  the above-entitled document to be served electronically through the United States District Court, Eastern Division ECF website on December 6, 2011, addressed to all parties appearing on the Court's ECF service list.  The file transmission was reported as complete and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

__X__   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles, California on December 8, 2011.

                                         */s/ Cynthia M. Harris*
                                               Cynthia M. Harris

---

1
CERTIFICATE OF SERVICE (CASE NO. 2:11-CV-00189-JAM-CM)

012165 / 004165 / 743761 / 2 /

PDF created with pdfFactory trial version www.pdffactory.com